UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANTHONY P. KEYTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 9-516-B-W |
| | ) |
| SENATORS OF THE 111TH CONGRESS and REPRESENTATIVES OF THE 111TH CONGRESS, | ) ) ) |
| | ) |
| Defendants | ) |

**O R D E R**

Anthony Keyter of Gig Harbor, Washington, has filed three separate actions with this court, each of them captioned as "Criminal Charges Lodged Against" certain individuals and/or institutional entities. This case is captioned as a criminal complaint against the "Senators of the 111th Congress and Representatives of the 111th Congress." The other two cases are brought against "President Barack Obama and Cabinet" and "Justices of the US Supreme Court."[1] The filings were not accompanied by the required $350.00 filing fee nor an application to proceed in forma pauperis. Keyter is no stranger to federal litigation and is well aware that in order to pursue a federal civil case he must either pay the filing fee or be granted in forma pauperis status. See e.g., Keyter v. President George W. Bush, et als, Civ. No. 08-97-SLR, (D. Del. Feb. 12, 2008) (filing fee paid March 10, 2008). Keyter has also been previously told that private citizens cannot enforce criminal statutes or prosecute crime. See Keyter v. 535 Members of 110th Congress, Nos. 08-1061, 08-1063, 08-1064, 277 Fed.Appx. 825, 827 (10th Cir. May 13, 2008);

---

[1] On October 8, 2009, Keyter filed the identical documents in the District of Massachusetts. The clerk's office opened one complaint naming the Senators of the 111th Congress and the Representatives of the 111th Congress as co-defendants. The criminal charges against Barack Obama and cabinet and the Justice of the US Supreme Court were simply docketed as attachments. This court has elected to treat the documents as three separate complaints. See Keyter v. Senators and Representatives of the 111th Congress, Civ. No. 09-11700- NMG (D. Mass. Oct. 8, 2009).

Keyter v. 230 Government Officers, 372 F.Supp.2d 604, 610 (W.D. Wash. 2005). Nevertheless, Keyter has very recently attempted to simultaneously lodge federal criminal charges against the various defendants in, at least, Massachusetts and Maine federal district courts.

If Keyter wants this court to screen his complaint or otherwise proceed to review the matter, he must first pay the individual filing fees or complete, under oath, applications to proceed in forma pauperis for each case. Otherwise, his cases face dismissal for failure to properly comply with the filing fee/in forma pauperis application requirements. Keyter is also cautioned that notwithstanding payment of the filing fee or approval to proceed in forma pauperis, a complaint may be dismissed at any stage of the proceedings if it is frivolous, malicious, fails to state a claim upon which relief may be granted or seeks monetary relief from a defendant immune from such relief under either 28 U.S.C. § 1915(e)(2)(B) or Rule 12(b)(6) of the Federal Rules of Civil Procedure, see Chute v. Walker, 281 F.3d 314, 319 (1st Cir. 2002). Keyter has already been the recipient of at least one order prohibiting further filings in the Western District of Washington relating to the subject matter of his claims against then President Bush allegedly arising out of the president's reckless disregard of his duties by not prosecuting various individuals in the State of Washington. Keyter v. 230 Government Officers, 372 F.Supp.2d at 611; see also Keyter v. McCain, No. CV-05-1923-PHX-DGC, 2006 WL 120322, 4 (D.Ariz. Jan. 13, 2006). Keyter might well consider the impact of these prior rulings before he invests $1,050.00 in filing fees related to these three cases or otherwise attempts to have these matters processed in this court. Repeated filing of frivolous pleadings will result in the issuance of an order prohibiting further filings on this court's docket. See, e.g., Keyter v. 535 Members of 110th Congress, 277 Fed.Appx. 825 at 827-28. Keyter is given until November 2, 2009, to

comply with this order or these three cases will be summarily dismissed from the docket for failure to pay the filing fee or properly submit an application to proceed in forma pauperis.

***So Ordered.***

October 14, 2009 /s/ Margaret J. Kravchuk
U.S. Magistrate Judge